# United States District Court
# Central District of California

| | |
|---|---|
| LARRY EUGENE LINDER,<br><br>             Plaintiff,<br><br>     v.<br><br>CITY OF LOS ANGELES, *et al.*<br><br>             Defendants. | Case No. 2:15-cv-1130-ODW (Ex)<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

In light of the parties' settlement (ECF No. 17), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than January 11, 2016**, why settlement has not been finalized.  No hearing will be held.  All other dates and deadlines in this action are **VACATED** and taken off calendar.  The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

December 10, 2015

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**