# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA    JS-6

| | |
|---|---|
| LARRY EUGENE LINDER,<br><br>    *Plaintiff,*<br><br>vs.<br><br>CITY OF LOS ANGELES, L.A.P.D. OFFICERS FULLER, BUNCH, CLARK, ZIPPERMAN, SGT. ALFEREZ and DOES 1 through 10, inclusive,<br><br>    *Defendants.* | Case No.: CV15-01130- ODW (Ex)<br><br>**ORDER RE: STIPULATION TO DISMISS THE ENTIRE ACTION PURSUANT TO F.R.C.P. §41(a)(1)(A)(ii)**<br><br>*[Filed concurrently with Stipulation to Dismiss]* |

Having reviewed the stipulation and agreement by and between Plaintiff **LARRY LINDER** and Defendants **CITY OF LOS ANGELES, LOS ANGELES POLICE OFFICERS TRAVIS FULLER, DAVID BUNCH, KRIS CLARK, CHAD ZIPPERMAN and LOS ANGELES POLICE SERGEANT FRANCISCO ALFEREZ** by and through their undersigned counsel, that pursuant to Federal Rules of Civil

///
///
///
///

1

1 | Procedure 41(a)(1)(A)(ii), this Court orders as follows:

2 |     THIS MATTER IS DISMISSED WITH PREJUDICE AS TO ALL

3 | DEFENDANTS, each party to bear its own attorney fees and costs.

4 |     Inasmuch as all claims against all parties have now been dismissed, the matter is

5 | hereby closed.

9 | DATED:_February 9, 2016

                              **HONORABLE OTIS D. WRIGHT**
                              United States District Judge